S. LANE TUCKER
United States Attorney

THOMAS C. BRADLEY
Assistant U.S. Attorney
Federal Building & U.S. Courthouse
222 West Seventh Avenue, #9, Room 253
Anchorage, AK 99513-7567
Phone: (907) 271-5071
Email: thomas.bradley@usdoj.gov

Attorneys for Plaintiff

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ALASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>  vs.<br><br>ARMANDO CARRANZA GARCIA,<br><br>        Defendant. | No. 1:23-cr-00004-TMB-MMS<br><br>COUNT 1:<br>IMMIGRATION DOCUMENT FRAUD<br>  Vio. of 18 U.S.C. § 1546(a)<br><br>COUNT 2:<br>IMMIGRATION DOCUMENT FRAUD<br>  Vio. of 18 U.S.C. § 1546(b)<br><br>COUNT 3:<br>SOCIAL SECURITY NUMBER FRAUD<br>  Vio. of 42 U.S.C. § 408(a)(7)(B) |

**INDICTMENT**

The Grand Jury charges that:

COUNT 1

On or about July 8, 2022, within the District of Alaska, the defendant, ARMANDO CARRANZA GARCIA, did knowingly possess an alien registration receipt card, Form I-551, xxx-xxx-250, and a social security card, xxx-xx-3684, each of which

was prescribed by statute and regulation for entry into and as evidence of authorized stay and employment in the United States, knowing said alien registration receipt card and social security card to be forged, counterfeited, altered and falsely made,

All of which is in violation of 18 U.S.C. § 1546(a).

## COUNT 2

On or about June 2, 2021, within the District of Alaska, the defendant, ARMANDO CARRANZA GARCIA, did knowingly use an identification document, that is, a counterfeit alien registration receipt card, Form I-551, xxx-xxx-250, and a counterfeit social security card, xxx-xx-3684, knowing and having reason to know that the document was false, for the purpose of satisfying a requirement of section 274A(b) of the Immigration and Nationality Act, that is, to verify their identity and eligibility to be employed in the United States.

All of which is in violation of 18 U.S.C. § 1546(b).

## COUNT 3

On or about December 14, 2019, within the District of Alaska, the defendant, ARMANDO CARRANZA GARCIA, did for the purpose of obtaining for himself any benefit to which he was not entitled, that is, employment in the United States, with intent to deceive, falsely represent a number to be the social security account number assigned by the Commissioner of Social Security to him, when in fact such number was not the social security account number assigned by the Commissioner of Social Security to him.

//
//

All of which is in violation of 42 U.S.C. § 408 (a)(7)(B).

A TRUE BILL.

                                                   s/ Grand Jury Foreperson
                                                   GRAND JURY FOREPERSON

s/ Thomas C. Bradley
THOMAS C. BRADLEY
Assistant U.S. Attorney
United States of America


s/ S. Lane Tucker
S. LANE TUCKER
United States Attorney
United States of America


DATE:   April 19, 2023